UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CIVIL ACTION NO.  1:03CV-164-R
CRIMINAL ACTION NO. 1:00CR-47-R

STEVEN K. BENTON                                    MOVANT/DEFENDANT

VS.

UNITED STATES OF AMERICA                        RESPONDENT/PLAINTIFF

## ORDER

The above matter having been referred to the United States Magistrate Judge, who

has filed his Findings of Fact and Conclusions of Law, objections having been filed thereto, and the

Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth

in the report submitted by the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Benton's motion to vacate, set aside or correct

sentence pursuant to § 2255 is DENIED.  IT IS FURTHER ORDERED that Benton's motion for a

new trial pursuant to Fed.R.Crim.P. 33(b)(1) is DENIED.

A Certificate of Appealability is DENIED as to each of the claims asserted.

This 19 day of May , 2005.

_____
THOMAS B. RUSSELL, JUDGE
UNITED STATES DISTRICT COURT

Copies to:      Steven K. Benton, *pro se*
                Counsel of Record
                Magistrate Judge Goebel